Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7661
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Road
Las Vegas, NV 89120
Tel:  (702) 605-3440
Fax:  (702) 625-6367
tkennedy@kclawnv.com
mcouvillier@kclawnv.com

*Attorneys for Defendant Laylow Films, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GENERAL CROOK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALT DISNEY COMPANY; HEARST COMMUNICATIONS, INC.; LAYLOW FILMS, INC.; HOULIHAN FILM MUSIC INC.; BURGESS L. GARDNER d/b/a MERYE-EARL MUSIC; and JOHN DOE AND MARY ROE,<br><br>　　　　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441 (a)** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

TO:  General Crook, Plaintiff *pro se*:

　　　　1.　　　　Laylow Films, Inc. ("LFI") is one of the defendants in the civil action *Crook v. Walt Disney Co. et. al.*, No. A-18-772523-C, brought by Plaintiff General Crook ("Crook") on April 10, 2018 in the Eighth Judicial District Court, Clark County, Nevada (the "Litigation").  Pursuant to 28 U.S.C. §§ 1441 and 1446, LFI hereby removes this action to the

1   United States District Court for the District of Nevada, the judicial district in which the
2   underlying Litigation is pending.

3        2.   LFI removes the Litigation on the ground that Crook has alleged, *inter alia*, violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and the Copyright Act, 17 U.S.C. § 501.  Accordingly, removal is proper under 28 U.S.C. § 1441(a) because, if this action had been filed in federal court, this Court would have (i) original subject matter jurisdiction over Crook's federal trademark and copyright infringement claims pursuant to 28 U.S.C. § 1331 (federal question); and (ii) supplemental jurisdiction over Crook's related Nevada state-law claims pursuant to 28 U.S.C. § 1367(a).

        3.   This notice is timely under 28 U.S.C. § 1446 (b)(1) as it was filed within thirty days after April 17, 2018, the date on which LFI received a copy of the complaint filed in the Litigation from co-defendant ESPN, Inc.  As of the filing of this notice, to LFI's knowledge neither LFI nor any other defendant in the Litigation has been properly served.  LFI reserves all rights and defenses, including without limitation defenses as to the lack of service of process and/or insufficiency of service of process.

        4.   To LFI's knowledge, the only pleadings filed in the underlying Litigation to date is Crook's complaint, which is attached hereto as Exhibit A.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

KENNEDY & COUVILLIER, PLLC
3271 E. Twain Ave. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

5. Defendant is providing Plaintiff written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Further, Defendant is filing a copy of this Notice of Removal with the Clerk of the District Court, Clark County, Nevada, where the action is currently pending.

Dated May 9, 2018.

>Respectfully,
>
>**KENNEDY & COUVILLIER**
>
>/s/ Todd E. Kennedy
>
>_____
>Todd E. Kennedy, Bar. No. 6014
>Maximiliano D. Couvillier III, Esq.
>Nevada Bar No. 7661
>3271 E. Warm Springs Rd.
>Las Vegas, NV 89120
>Tel:  (702) 605-3440
>Fax:  (702) 625-6367
>tkennedy@kclawnv.com
>mcouvillier@kclawnv.com
>
>*Attorneys for Defendant Laylow Films, Inc.*

### CERTIFICATE OF SERVICE

I certify that on May 9, 2018, I caused to be served the foregoing Notice of Removal on Plaintiff General Crook by placing the same in the United States Mail addressed to:

>General Crook
>4319 Bucking Bronco Road
>North Las Vegas, Nevada 89032

>/s/ Todd E. Kennedy
>_____
>An employee of Kennedy & Couvillier