Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7661
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Road
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com
mcouvillier@kclawnv.com

*Attorneys for Defendant Laylow
Films, The Walt Disney Company,
Hearst Communications, ESPN and
Houlihan Film Music.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENERAL CROOK,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY COMPANY; HEARST COMMUNICATIONS, INC., ESPN, INC., LAYLOW FILMS, INC.; HOULIHAN FILM MUSIC INC., BURGESS L. GARDNER d/b/a MERYE-EARL MUSIC; and JOHN DOE AND MARY ROE,<br><br>Defendants. | Case No. 2:18-cv-00828-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED, between and among Plaintiff General Crook ("Plaintiff"); and the undersigned counsel for Defendants The Walt Disney Company ("Disney"), Hearst Communications, Inc. ("Hearst"), ESPN, Inc. ("ESPN"), Laylow Films, Inc. ("LFI"), and Houlihan Film Music, Inc. ("Houlihan") that the foregoing parties have executed a confidential settlement agreement and that all claims asserted by Plaintiff against each of Disney,

Hearst, ESPN, LFI, and Houlihan in the above-captioned action are to be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs. For the avoidance of doubt, the undersigned agree that this stipulation shall have no effect whatsoever on Plaintiff's claims against Defendant Burgess L. Gardiner d/b/a Merye-Earl Music.

Dated: August 27, 2018

PLAINTIFF GENERAL CROOK

*General Crook* (signature)

General Crook
4319 Bucking Bronco Road
North Las Vegas, Nevada 89032
Tel: 702-725-1420
Worldcom13@centurylink.net

Dated: August 27, 2018

FRANKFURT KURNIT KLEIN & SELZ P.C.

By: (signature)
Andrew J. Ungberg (admitted *pro hac vice*)
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212-980-0120
aungberg@fkks.com

*Attorneys for Defendants Laylow Films, Inc. and Houlihan Film Music, Inc.*

Dated: August __, 2018

KENNEDY & COUVILLIER, PLLC

By: /s/ Todd E. Kennedy
Todd E. Kennedy
Nevada Bar No. 6014
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
Tel: 702-605-3440
tkennedy@kclawnv.com

*Attorneys for Defendants Laylow Films, Inc., Houlihan Film Music, Inc., The Walt Disney Company, ESPN, Inc., and Hearst Communications, Inc.*

IT IS SO ORDERED.

(signature) C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: August 31, 2018

Page 2 of 2