BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 05990
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
bhiggins@blacklobello.law

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENERAL CROOK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALT DISNEY COMPANY; HEARST COMMUNICATIONS, INC.; ESPN, INC.; LAYLOW FILES, INC.; HOULIHAN FILE MUSIC, INC.; BURGESS L. GARDNER d/b/a MERYE-EARL MUSIC; and JOHN DOE AND MARY ROE,<br><br>　　　　Defendants | Case No: 2:18-CV-00828-(JCM)(CWH) |

## *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

The law office of BLACK & LOBELLO and Brigid Higgins, Esq. hereby brings this *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List and Mailing Matrix ("Motion"), in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Attorney Todd E. Kennedy formerly of Black & LoBello represented Defendants, Laylow Films, Inc., Houlihan Film Music, Inc., The Walt Disney Company, ESPN, Inc., and Hearts Communications, Inc. Mr. Kennedy is no longer with the firm of Black & Lobello and his new firm, Kennedy & Couvillier, PLLC, has appeared on behalf of the Defendants.

Therefore, we respectfully request that the undersigned counsel and her law firm BLACK & LOBELLO be removed from the CM/ECF Service List and Mailing Matrix in the above referenced matter.

For the foregoing reasons, good cause exists to submit this motion to the court without service on the parties to this case.

Dated this 31st day of August 2018.

IT IS SO ORDERED.

DATED: September 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

BLACK & LOBELLO

 /s/ Brigid M. Higgins
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 05990
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135